**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Margaree Maple, Petitioner,

v.

Heritage Healthcare of Ridgeway, and Phoenix Insurance Company, Carrier, Respondents.

Appellate Case No. 2012-212605

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From The Workers' Compensation Commission
Andrea C. Roche, Commissioner

---

Memorandum Opinion No. 2014-MO-041
Heard October 8, 2014 – Filed October 22, 2014

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Preston F. McDaniel, of McDaniel Law Firm, of Columbia, for Petitioner.

Richard Daniel Addison, of Hedrick Gardner Kincheloe & Garofalo, LLP, of Columbia, for Respondents.

---

**PER CURIAM:**  We granted certiorari to review the court of appeals' opinion in *Maple v. Heritage Healthcare of Ridgeway*, Op. No. 2012-UP-302 (S.C. Ct. App. filed June 27, 2012).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**